### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| CF INDUSTRIES HOLDINGS, INC., CF INDUSTRIES SALES, LLC, AND CF INDUSTRIES, INC., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIV. ACTION NO. 6:16-CV-138-RP-JCM |
| IRONSHORE SPECIALTY INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY. | § § § § § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs CF Industries Holdings, Inc., CF Industries Sales, LLC, and CF Industries, Inc., by and through their undersigned counsel, hereby voluntarily dismiss all claims alleged in this action against Ironshore Specialty Insurance Company ("Ironshore") without prejudice. In support of this Notice, the undersigned counsel states that Ironshore has not served the undersigned with an answer or a motion for summary judgment.

- 2 -

Respectfully submitted,

SHEEHY LOVELACE & MAYFIELD, PC

By: */s/ Peter K. Rusek*
Peter K. Rusek
State Bar No. 17400400
510 N Valley Mills Drive, Suite 500
Waco, TX 76710-6077
254.772.8022 Telephone
254.772.9297 Facsimile
*prusek@slmpc.com*

Angela R. Elbert (*Pro Hac Vice pending*)
Seth D. Lamden (*Pro Hac Vice pending*)
Jason A. Frye (*Pro Hac Vice pending*)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
312.269.8000 Telephone
*aelbert@ngelaw.com*
*slamden@ngelaw.com*
*jfrye@ngelaw.com*

ATTORNEYS FOR DEFENDANTS,
CF INDUSTRIES HOLDINGS, INC.
CF INDUSTRIES SALES, LLC, and
CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

      I certify that on the 10th day of June, 2016, a true and correct copy of the above document was forwarded pursuant to the Federal Rules of Civil Procedure to all counsel of record.

                                    */s/ Peter K. Rusek*
                                    Peter K. Rusek