# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CF INDUSTRIES HOLDINGS, INC., CF INDUSTRIES SALES, LLC, AND CF INDUSTRIES, INC., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIV. ACTION NO. 6:16-CV-138-RP-JCM |
| IRONSHORE SPECIALTY INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY. | § § § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for certain parties who have appeared, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed as to Great American Assurance Company and Endurance American Specialty Insurance Company, without prejudice and without costs.

Respectfully submitted,

*/s/ Peter K. Rusek*
Peter K. Rusek (Bar No. 17400400)
Sheehy, Lovelace & Mayfield, P.C.
510 N Valley Mills Dr. #500
Waco, TX 76710-6077
(254) 772-8022
*prusek@slmpc.com*

Angela R. Elbert (*Pro Hac Vice pending*)
Seth D. Lamden (*Pro Hac Vice pending*)
Jason A. Frye (*Pro Hac Vice pending*)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
(312) 269-8000
*aelbert@ngelaw.com*
*slamden@ngelaw.com*
*jfrye@ngelaw.com*

**ATTORNEY FOR PLAINTIFFS**

*/s/ Christopher C. White*
Christopher C. White
State Bar Number 00794841
Amber R. Pickett
State Bar Number 24058046
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
*Christopher.White@lewisbrisbois.com*
*Amber.Pickett@lewisbrisbois.com*

**ATTORNEY FOR DEFENDANT
ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY**

- 2 -

*/s/ Christopher W. Martin*
Christopher W. Martin
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas 77002
(713) 632-1700
*martin@mdjwlaw.com*

Kennetha W. Lucas
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street, 20th Floor
Houston, Texas 77002
(713) 632-1700
*lucas@mdjwlaw.com*

**ATTORNEY FOR DEFENDANT GREAT
AMERICAN ASSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on the 10th day of June, 2016, a true and correct copy of the above document was forwarded pursuant to the Federal Rules of Civil Procedure to all counsel of record.

*/s/ Peter K. Rusek*
Peter K. Rusek